IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
*SAN ANTONIO DIVISION*

| | |
|---|---|
| NGM INSURANCE COMPANY, § § *Plaintiff,* § § v. § § BENCHMARK UTILITY CONTRACTORS, INC., § BENCHMARK FARMS AND RANCHES, INC., § DANIEC LAND & CATTLE, INC., AND § PAUL A. DANIEC § § *Defendants* § § v. § § THE CITY OF PLEASANTON, TEXAS § § *Third-Party Defendant* § | CASE NO. SA-19-CA-221-FB |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff NGM Insurance Company for itself and on behalf of all parties in this case, here advises this Honorable Court and in compliance with Standards for Pretrial Conduct and Local Rule AT-4(g)(2) that a settlement among all parties has been reached on all claims raised in this lawsuit. This announcement is made in order to permit the Court to abandon any efforts being invested in currently pending matters in this case and to adjust its calendering and settings in this case as well as others.

The parties anticipate final disposition of this case by entry of an Agreed Judgment and Stipulations of Dismissals within thirty to forty-five (30-45) days of this notice. The parties no longer need nor desire rulings on presently pending matters before the Court,

docket control order modifications, docket call or other pre-trial activity and respectfully request to be relieved of same.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | By: ___/s/ James D. Cupples_____<br>JAMES D. CUPPLES, SBN 05252300 |
| CUPPLES & ASSOCIATES, PLLC | Attorney - in - Charge<br>SONIA M. MAYO, SBN 24002552<br>700 Gemini Ave., Suite 200<br>Houston, Texas 77058-2729<br>Telephone:   (281) 218-8888<br>Facsimile:    (281) 218-8788<br>E-mail: service@cuppleslaw.com |

**ATTORNEYS FOR PLAINTIFF**
**NGM Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via the CM/ECF system, which will furnish an electronic copy to the following counsel on this the 26th day of February, 2020.

Edgar Garcia
E. Garcia Law, PLLC
Brookhollow Atrium Building
1000 Central Parkway North, Suite 100
San Antonio, Texas 78232

Lowell F. Denton
Clarissa M. Rodriguez
Denton, Navarro, Rocha, Bernal & Zech, P.C.
2517 N. Main
San Antonio, Texas 78212

courtesy copy to: Hon. John J. Specia - mediator                                             Via email


　　　　　　　　　　　　　　　　　　　　___/s/ James D. Cupples_____
　　　　　　　　　　　　　　　　　　　　JAMES D. CUPPLES